UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2023 OCT 12 PM 3: 25
CLERK
BY _____AL_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) ) ) Crim. No.: 2:23-cr-116-1 |
| OSCAR M. DELGADO Jr., Defendant. | ) ) ) |

### INDICTMENT

The Grand Jury charges:

#### Count One

On or about September 29, 2023, in the District of Vermont, defendant OSCAR M. DELGADO Jr., knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Springfield Gen2 Hellcat 9mm pistol and Hornady ammunition, which had been shipped and transported in interstate commerce.

(18 U.S.C. § 922(g)(1))

Count Two

On or about September 29, 2023, in the District of Vermont, defendant OSCAR M. DELGADO Jr., knowingly possessed a stolen firearm and ammunition, to wit: a Springfield Gen2 Hellcat 9mm pistol and Hornady ammunition, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm and ammunition were stolen.

(18 U.S.C. § 922(j))

A TRUE BILL

FOREPERSON

NIKOLAS P. KEREST (CGO)
United States Attorney
Burlington, Vermont
October 12, 2023