# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| United States of America<br>v.<br>Oscar Delgado<br><br>*Defendant* | )<br>)  Case No. 2:23-cr-116-1<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Oscar Delgado,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1): knowingly possessed a Springfield Gen2 Hellcat 9mm pistol and Hornady ammunition after having been convicted of a crime punishable by imprisonment for a term exceeding one year

18 U.S.C. § 922(j): knowingly possessed a stolen firearm and ammunition, to wit: a Springfield Gen2 Hellcat 9mm pistol and Hornady ammunition

Date: 10/12/2023

*Issuing officer's signature*

City and state: Burlington, Vermont

K. Carter, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/12/23, and the person was arrested on *(date)* 11/14/23
at *(city and state)* Burlington, VT.

Date: 11/14/23

*Arresting officer's signature*

Carl Staley, SDUSM
*Printed name and title*